# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

Pablo Cano,

    Plaintiffs,

v.

Delta Air Lines, Inc.,

    Defendant.

Case No.: 2:26-cv-00723-NJK

**Order**

[Docket No. 9]

On March 20, 2026, Plaintiff filed a notice FRCP 26(f) conference. Docket No. 9. Discovery-related documents must be <u>served</u> on the affected party, not <u>filed</u> on the docket, unless ordered by the Court. Local Rule 26-7; Fed. R. Civ. P. 5(d)(1)(A). No such order has been entered in this case. Accordingly, the Court **STRIKES** the above-referenced document, and instructs the parties to refrain from filing discovery documents on the docket in the future absent a Court order that they do so.

IT IS SO ORDERED.

Dated: March 24, 2026.

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE

1