**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Pablo Cano,<br>Plaintiff(s),<br>v.<br>Delta Air Lines, Inc.,<br>Defendant(s). | Case No. 2:26-cv-00723-JAD-NJK<br>**Order**<br>[Docket No. 29] |

Pending before the Court is a stipulation to extend case management deadlines by a lengthy 120 days. Docket No. 29.

The stipulation is predicated on the fact that the parties have agreed to attend a mediation. Alternative dispute resolution efforts are a common feature of federal litigation that generally do not warrant modification of case management deadlines. *Williams v. James River Grp. Inc.*, 627 F. Supp. 3d 1172, 1181 (D. Nev. 2022) (collecting cases). Nonetheless, courts possess discretion to afford relief based on the circumstances of a particular case:

> Courts are more likely to allow delay on this basis when, *inter alia*, a meaningful showing is made that the parties have otherwise been diligent in prosecuting the case, the request is made preemptively rather than after the parties agreed without judicial approval to avoid their discovery obligations, the parties are reasonably close to settlement or there is otherwise a substantial likelihood of settlement, settlement is more likely achievable if certain litigation obligations are delayed in the interim, substantial judicial or party resources may be spared if settlement is achieved, and/or a concrete date is set in the relative near-term by which the settlement discussions or alternative dispute resolution will be completed.

*Id.* at 1181 n.8. The instant stipulation does not provide meaningful discussion of these considerations. At its most basic level, the stipulation has not even identified a mediation date or explained sufficiently why an extraordinary four-month delay would be warranted.

Given the circumstances, the Court will afford the parties with a 14-day extension to the discovery cutoff so that they have an opportunity to obtain a concrete mediation date in the relative

near-term and to renew their request to extend case management deadlines addressing the pertinent considerations.

Accordingly, the stipulation to extend case management deadlines is **GRANTED** in part and **DENIED** without prejudice in part. The discovery cutoff is **EXTENDED** to November 9, 2026. All other case management deadlines remain unchanged. Any renewed request to extend case management deadlines based on mediation must be filed by October 22, 2026.

IT IS SO ORDERED.

Dated: October 13, 2026

Nancy J. Koppe
United States Magistrate Judge